UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2291

Edin Donelsy Madrid-Mancia,
Petitioner

v.

Attorney General United States of America

(Agency No. A206-643-376)

Present: HARDIMAN, KRAUSE and MATEY, Circuit Judges

1. Motion by Petitioner for Stay of Removal

> Respectfully,
> Clerk/pdb

_____ORDER_____

The foregoing Motion is GRANTED. Removal is stayed pending this Court's decision on Petitioner's petition for review.

> By the Court,
>
> s/ Paul B. Matey
> Circuit Judge

Dated: March 21, 2023
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk